UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SCOTT BERRINGER, | Case No.  2:26-cv-0148-TLN-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| TANG, *et al.*, | |
| Defendants. | |

On February 27, 2026, I recommended that plaintiff's application to proceed *in forma pauperis* be denied and she[1] be directed to tender the filing fee within twenty-one days of any order adopting my recommendations.  ECF No. 5.  Those recommendations were adopted on April 14, 2026.  ECF No. 7.  On May 7, 2026, plaintiff motioned for a thirty-day extension of time to pay the filing fee.  ECF No. 8.  That request is granted.  The motion, that is difficult to read, also makes numerous allegations regarding transgender care and other alleged violations of plaintiff's rights.  To the extent the motion requests any other relief, other than an extension of time, such requests are denied.

---

[1] Plaintiff states that she is a transgender woman.  ECF No. 8 at 1.

1

It is, therefore, ORDERED that plaintiff's motion for extension of time, ECF No. 8, is GRANTED in part, and the deadline to submit the filing fee of $405 is now thirty days from the date of this order's entry.  Any other relief requested in the motion is denied.

IT IS SO ORDERED.

Dated:    May 12, 2026        _____
                             JEREMY D. PETERSON
                             UNITED STATES MAGISTRATE JUDGE